IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 03-cv-00154-EWN-CBS

ERNESTO VIGIL,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    In light of this court's Order of October 5, 2005 (*doc. no. 97*), Plaintiff's Motion to Declare That This Court Retains Jurisdiction to Grant Plaintiff Relief From the Protective Order Concerning Designation of Certain Discovery Materials as "Confidential Information" and to Require Parties to Discuss the Propriety of Defendant's Confidential Designations filed on July 26, 2005, (*doc. no. 93*) is **DENIED**, as moot.

**DATED:**    October 13, 2005