**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 03-cv-00154-EWN-CBS

ERNESTO VIGIL,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR RELEASE OF DOCUMENTS FROM PROTECTIVE ORDER**

Consistent with the court's rulings from the bench on February 2, 2006, it is hereby ORDERED that Plaintiff's Motion for Release of Documents from Protective Order (filed January 20, 2006; *doc. no. 99*) is GRANTED.  The following documents are released from the provisions of the Protective Order entered in this case:

1. Deposition of Jean Dubofsky dated 9/6/02 (redacted);
2. Deposition of David Abrams dated 9/18/02 (redacted);
3. Deposition of Joseph G. Black dated 9/19/02 (redacted);
4. Deposition of Steven W. Carter dated 9/25/02 (redacted);
5. Deposition of John L. Weber dated 9/26/02 (redacted);
6. Deposition of Kathleen D. Miklich dated 10/18/02 (redacted);
7. Deposition of Gaylan Kindschy dated 10/18/02 (redacted);
8. Deposition of Abel Alonzo dated 10/25/02 (redacted);
9. Deposition of Alan Francis Miller dated 10/30/02 (redacted);
10. Deposition of Raymond Paul Ayon dated 10/31/02 (redacted);
11. Deposition of David J. Pontarelli dated 11/01/02 (redacted);
12. Deposition Transcript of Anthony Lombard taken by Ernesto Vigil;

13. Deposition Exhibits 1-7 marked at Anthony Lombardo deposition, all of which relate to Mr. Vigil;

14. Deposition Transcript of Raymond Ayon taken by Ernesto Vigil, as well as all deposition exhibits, specifically Exhibits 1-9, all of which relate to Mr. Vigil;

15. Redacted Transcripts of Raymond Ayon from the ACLU case and which were provided to Mr. Vigil pursuant to a subpoena in his case;

16. Deposition Transcript of Abel Alonzo taken by Ernesto Vigil, as well as all deposition exhibits 1-27;

17. Redacted Transcripts of Abel Alonzo from the ACLU case and which were provided to Mr. Vigil pursuant to a subpoena in his case; and

18. Ernesto Vigil's deposition and exhibits thereto.

DATED at Denver, Colorado, this 9th day of February, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge